Judgment rendered February 9, 2022.

No. 54,130-CA

ON REHEARING

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

\* \* \* \* \*

| | |
|---|---|
| COMMUNITY TRUST BANK | Plaintiff-Appellant |
| versus | |
| ALL SERVICE ELECTRICAL CONTRACTING, L.L.C., BRIAN W. SIMS AND MARY BETH SIMS | Defendants-Appellees |

\* \* \* \* \*

Per Curiam on Rehearing

Originally Appealed from the
Second Judicial District Court for the
Parish of Claiborne, Louisiana
Trial Court No. 39137

Honorable Jenifer Ward Clason, Judge

\* \* \* \* \*

| | |
|---|---|
| HAYES, HARKEY, SMITH & CASCIO, L.L.P. By: Thomas M. Hayes, III | Counsel for Appellant |
| WOOD LAW FIRM, L.L.C. By: R. Douglas Wood, Jr. | |
| COLVIN, SMITH, MCKAY & BAYS By: James Henry Colvin, Jr. Daniel N. Bays, Jr. | Counsel for Appellees, All Service Electrical Contracting, L.L.C., and Brian Sims |

NEWMAN, OLIVEAUX & MAGEE, L.L.P.        Counsel for Appellee,
By:   Darrell Oliveaux                              Mary Beth Sims

* * * * *


Before PITMAN, STONE, STEPHENS,
THOMPSON, and GARRETT *(Ad Hoc)*, JJ.

**PER CURIAM**

Both appellant and appellees filed timely rehearing applications. This court denied appellees' rehearing application and granted rehearing to appellant to assess appellate court costs only.

Accordingly, all costs of this appeal are assessed to appellees, ASEC and Brian W. Sims. In all other respects, the original judgment of this court is affirmed.